

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:18-mj-00277 |
| JASON CHRISTOPHER NORBECK, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>July 9</u>, <u>2018</u>, at <u>9:00</u> ☒a.m. / ☐p.m. before the Honorable <u>JOHN D. EARLY</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: July 5, 2018

JOHN D. EARLY
U.S. ~~District Judge~~/Magistrate Judge